**No. 11-6352. Andrew Cox, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 467, 181 L. Ed. 2d 304, 2011 U.S. LEXIS 7587.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 391 Fed. Appx. 756.